IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| A.H., by and through her parent, L.H.; and A.K., by and through is parent, V.B., on behalf of a class of those similarly situated; and DISABILITY RIGHTS MONTANA,<br><br>Plaintiffs,<br><br>v.<br><br>SUSIE HEDALEN, in her official capacity as Montana Superintendent of Public Instruction; GREG GIANFORTE, in his official capacity as Governor of the State of Montana,<br><br>Defendants. | CV 25–20–H–DLC<br><br><br>ORDER |

Before the Court is Plaintiffs' motion for the admission of attorney Jason H. Kim in the above-captioned matter. (Doc. 14.) It appears that Tal M. Goldin of Disability Rights Montana will serve as local counsel in this matter. (*Id.* at 2.) Mr. Kim's application (Doc. 14-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 14) is GRANTED on the condition that Mr. Kim does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and

1

participate personally. Mr. Kim shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Kim files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 19th day of May, 2025.

_____
Dana L. Christensen, District Judge
United States District Court