UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| A.H., by and through her parent, L.H., and A.K., by and through his parent, V.B.; and DISABILITY RIGHTS MONTANA,<br><br>              Plaintiffs,<br><br>  vs.<br><br>SUSIE HEDALEN, in her official capacity as Montana Superintendent of Public Instruction, and GREG GIANFORTE in his official capacity as Governor of Montana,<br><br>              Defendants. | Case No. CV-25-20-H-DLC<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Judgment is entered in accordance with the order/judgment issued in (Doc. 25).

    Dated this 15th day of August, 2025



                      TYLER P. GILMAN, CLERK


                      By:    /s/ Heidi Gauthier
                                Deputy Clerk